UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Docket No.  1:22-mj-06347-MPK |
| | ) | |
| XIAOLEI WU | ) | |

### MOTION TO MODIFY CONDITIONS OF RELEASE TO REMOVE CURFEW

Mr. Xiaolei Wu, defendant in the above-captioned matter, respectfully moves this Court to modify his conditions of release to modify remove the currently imposed curfew restriction.[1] As grounds, Mr. Wu has been on his current curfew since December 14, 2022, and has – according to US Probation - been compliant with all his conditions of release. In addition, since the alleged conduct in the case, which was restricted to a three-day period between October 22nd and 24th, Mr. Wu has had no contact with the alleged victim. Mr Wu was first advised by Berklee officials not to be involved with her and abided by that order, and later was cautioned to have no contact with her during a hearing on a harassment prevention order in the Brighton Division of the Boston Municipal Court[2] on November 18, 2022, which he has observed.  Furthermore, where the alleged conduct in this matter was exclusively on-line, in the form of messages and statements and there was never a physical component to the offense, the relevance of a physical curfew is questionable.

Although Mr. Wu is currently not able to engage in his formal studies, as a music student and musician, attending concerts and performances (off of Berklee's campus, of course) either as a performer or audience member, remains a way for him to develop his abilities. Removing the

---

[1] See 1:22-mj-06347-MPK Doc.# 13
[2] The order was not issued.

curfew would allow him the flexibility to attend evening performances or practice sessions. Mr. Wu has already demonstrated his ability to abide by conditions of release and has no intention of contacting or having any interaction with the alleged victim in this matter. Accordingly, the condition of release does not advance any release or supervision related objectives, such as protection of the public or risk of flight.

Counsel has discussed the intention to file this motion with United States Probation and the Government.  The Government has indicated that it will not assent to the request.  Probation has indicated that Mr. Wu has been compliant his conditions, but has not yet confirmed its position.

> Respectfully Submitted,
> **Xiaolei Wu**
> By his attorney,
>
> /s/ Jessica Hedges
> Jessica D. Hedges
> BBO No. 645847
> Hedges & Tumposky, LLP
> 88 Broad St., Suite 101
> Boston, MA 02110
> 617-722-8220

**CERTIFICATE OF SERVICE**

I, Jessica Hedges, hereby certify that, on this April 13, 2023, I served a true copy of the above document on all counsel of record through the electronic case filing system.

> /s/ Jessica Hedges
> Jessica Hedges